# Court of Appeals
# of the State of Georgia

ATLANTA,  September 10, 2024

*The Court of Appeals hereby passes the following order:*

A25A0265. RAISSA KENGNE v. THE STATE.

Raissa Kengne is facing criminal prosecution and has filed numerous pro se motions in the trial court. On July 22, 2024, we dismissed Kengne's application for discretionary appeal from a June 17, 2024 trial court order finding that Kengne was not authorized to file pro se motions, as she was represented by counsel below. See Case No. A24D0411. In our order, we also concluded that Kengne is not authorized to represent herself before this Court. In the instant action, Kengne filed a pro se notice of appeal from the same trial court order.

Our dismissal of Kengne's application in Case No. A24D0411 renders the current appeal barred by the law of the case. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court . . . .") (citation and punctuation omitted); accord *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007) (a ruling on an application for discretionary appeal acts as res judicata in later proceedings); see also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal").

For the above reasons, this appeal is hereby DISMISSED for lack of jurisdiction. Additionally, we caution Kengne that in accordance with our order in Case No. A24D0411, she is not authorized to represent herself before this Court

while simultaneously being represented by counsel.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___09/10/2024_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*